# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| UNILOC USA, INC. and UNILOC LUXEMBOURG S.A., | § § § § | CIVIL ACTION NO. 6:13-cv-256 LEAD CASE |
| Plaintiffs, | § § | **JURY TRIAL DEMANDED** |
| v. | § § § | |
| ACTIVISION BLIZZARD, INC., | § § | |
| Defendant. | § § | |

## UNOPPOSED MOTION TO EXTEND THE DEADLINE TO SERVE PATENT LOCAL RULE 3-1 DISCLOSURES

Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg S.A. ("Plaintiffs") file this Unopposed Motion to extend the deadline to serve Patent Local Rule 3-1 Disclosures only as to Defendants GEAR Software, Inc. and GEAR Software Holdings, Inc. ("Defendants") and, in support thereof, would respectfully show the Court as follows:

The deadline for Plaintiffs to serve Rule 3-1 Disclosures to Defendants is currently June 14, 2013. The parties have reached a settlement in principle, and counsel for Defendants agrees to a three-week extension of time for service of Plaintiffs' Rule 3-1 Disclosures in order to give the parties sufficient time to complete settlement. Plaintiffs respectfully request that the Court enter an Order to extend Plaintiffs' deadline to serve its Rule 3-1 Disclosures until and including July 5, 2013.

A proposed order is submitted herewith.

1

**Dated: June 14, 2013**                    Respectfully submitted,

<u>/s/ James L. Etheridge w/permission Wesley Hill</u>
James L. Etheridge
Lead Attorney
Texas State Bar No. 24059147
ETHERIDGE LAW GROUP, PLLC
2600 E. Southlake Blvd., Suite 120 / 324
Southlake, Texas 76092
Telephone: (817) 470-7249
Facsimile: (817) 887-5950
Jim@EtheridgeLaw.com

T. John Ward, Jr.
Texas State Bar No. 00794818
J. Wesley Hill
Texas State Bar No. 24032294
WARD & SMITH LAW FIRM
P.O. Box 1231
1127 Judson Road, Ste. 220
Longview, Texas 75606-1231
(903) 757-6400
(903) 757-2323 (fax)
jw@wsfirm.com
wh@wsfirm.com

**ATTORNEYS FOR PLAINTIFFS UNILOC USA, INC. AND UNILOC LUXEMBOURG S.A.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 14th day of June, 2013.

/s/ Wesley Hill
Wesley Hill

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that the relief requested in this motion is unopposed.

/s/ Wesley Hill
Wesley Hill
