# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| UNILOC USA, INC. and UNILOC LUXEMBOURG S.A., | § § § § | CIVIL ACTION NO. 6:13-cv-256 LEAD CASE |
| Plaintiffs, | § § | **JURY TRIAL DEMANDED** |
| v. | § § | |
| ACTIVISION BLIZZARD, INC., | § § § | |
| Defendant. | § § § | |

## ORDER

CAME TO BE CONSIDERED the Unopposed Motion to Extend Plaintiffs' Deadline to serve Patent Local Rule 3-1 Disclosures only as to Defendants GEAR Software, Inc. and GEAR Software Holdings, Inc.

After consideration, the Court finds that the Motion should be GRANTED. It is therefore ORDERED that Plaintiffs' deadline to serve Patent Local Rule 3-1 Disclosures is extended from June 14, 2013 until and including July 5, 2013.

**So ORDERED and SIGNED this 17th day of June, 2013.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**