IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNILOC USA, INC. and UNILOC LUXEMBOURG S.A., | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 6:13-cv-00256 (Consolidated Lead Case) |
| v. | § § | Jury Trial Demanded |
| ACTIVISION BLIZZARD, INC., | § § § | |
| Defendant. | § | |

ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to Supplement Infringement Contentions Pursuant to P.R. 3-6(b). After considering the Motion and finding that good cause exists for granting it, the Court is of the opinion that the Motion should in all respects be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff shall serve its supplemented infringement contentions on Defendant Activision Blizzard, Inc. within one week of the date of this Order.

So ORDERED and SIGNED this 10th day of April, 2014.

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**