### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| **UNILOC USA, INC. and UNILOC LUXEMBOURG S.A.,** § § § | |
| *Plaintiffs,* § | Civil Action No. 6:13-cv-256 [LED] |
| § | |
| **v.** § | |
| § | **Lead Case** |
| **ACTIVISION BLIZZARD, et al.,** § § | |
| *Defendants.* § § | |

### NOTICE OF APPEARANCE OF COUNSEL

Please take notice that attorney J. Carl Cecere of the law firm Cecere PC appears as counsel of record for Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg S.A. Mr. Cecere requests that all notices required to be given, and all papers required to be served, in the above-entitled and numbered cause be copied to and served upon him.

Dated November 24, 2014.

    Respectfully submitted,

    */s/ J. Carl Cecere*

    **J. Carl Cecere**
      State Bar No. 24050397
    **Cecere PC**
    6035 McCommas Blvd.
    Dallas, Texas 75206
    Telephone: 469.600.9455
    ccecere@cecerepc.com

    *Attorney for Plaintiffs Uniloc USA, Inc. and*
    *Uniloc Luxembourg S.A.*

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served upon all counsel of record via the Court's CM/ECF electronic filing system in accordance with the Federal Rules of Civil Procedure on November 24, 2014.

*/s/ J. Carl Cecere*