IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **UNILOC USA, INC., ET AL.,** | § | |
| | § | |
| **Plaintiffs,** | § | **CAUSE NO. 6:13-CV-256** |
| | § | |
| **v.** | § | |
| | § | |
| **ACTIVISION BLIZZARD, INC., et al.,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

**FINAL JUDGMENT**

On June 3, 2013, the Court entered an order consolidating the following cases into *Uniloc USA, Inc., et al. v. Activision Blizzard, Inc., et al.*, No. 6:13-cv-256: Aspyr Media Inc. (6:13-cv-257); Digital River Inc. (6:13-cv-258); Electronic Arts Inc. (6:13-cv-259); McAfee Inc. (6:13-cv-260); Pervasive Software Inc. (6:13-cv-261); Sony Corporation of America and Sony DADC US Inc. (6:13-cv-262); Symantec Corporation (6:13-cv-263); Gear Software Inc. and Gear Software Holdings Inc. (6:13-cv-264); Sage Software Inc. (6:13-cv-265); SolarWinds Worldwide LLC and SolarWinds Inc. (6:13-cv-266); and Wildpackets Inc. (6:13-cv-267).

On September 20, 2013, all claims against Defendant Sage Software Inc. were dismissed (Docket No. 102). On December 16, 2013, all claims against Aspyr Media Inc. were dismissed (Docket No. 136). On December 30, 2013, all claims against Gear Software Inc. and Gear Software Holdings Inc. were dismissed (Docket No. 145). On April 24, 2014, all claims against Digital River Inc. were dismissed (Docket No. 229). On May 8, 2014, all claims against Wildpackets Inc. were dismissed (Docket No. 251). On June 11, 2014, all claims against McAfee Inc., Sony Corporation of America, and Sony DADC US Inc. were dismissed (Docket

Nos. 286, 287).   On June 23, 2014, all claims against Pervasive Software Inc. were dismissed (Docket No. 304).   On July 7, 2014, all claims against SolarWinds Worldwide LLC and SolarWinds Inc. were dismissed (Docket No. 311).   On August 4, 2014, all claims against Symantec Corporation were dismissed (Docket No. 357).   On January 14, 2015, all claims against Activision Blizzard Inc. were dismissed (Docket No. 600).

The Court vacated its Order of Consolidation on November 25, 2014 (Docket No. 591). Pursuant to that Order, proceedings involving Electronic Arts Inc., the only remaining defendant, continue in Cause No. 6:13-cv-259.   Accordingly, no defendants remain in the above-captioned action, and the Court hereby enters Final Judgment.

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**.   Except as otherwise provided by previous Court Order, all costs are to be borne by the party that incurred them.

It is further **ORDERED, ADJUDGED** and **DECREED** that all claims, counterclaims, and third-party claims in the instant suit be **DISMISSED** in their entirety.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 20th day of January, 2015.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**